UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BURLEY LICENSING LLC,**<br><br>Plaintiff<br><br>v.<br><br>**MICRO-STAR INTERNATIONAL CO. LTD.,**<br><br>Defendant | **Case No. 6:21-cv-00862-ADA**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

Plaintiff, Burley Licensing LLC files this Unopposed Motion to Stay All Deadlines and Notice of Settlement and respectfully moves this Court to stay all unreached deadlines in the case for thirty (30) days.

All matters in controversy between Burley Licensing LLC and Micro-Star International Co. Ltd. have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines in the case for thirty (30) days so that appropriate dismissal papers may be submitted.

Counsel for Plaintiff has conferred with counsel for Micro-Star International Co. Ltd. and counsel for  stated  is unopposed to this motion.

Dated: August 24, 2022 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　／s／ Raymond W. Mort, III
　　　　　　　　　　　　　　　　　　　　Raymond W. Mort, III
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00791308
　　　　　　　　　　　　　　　　　　　　raymort@austinlaw.com

　　　　　　　　　　　　　　　　　　　　**THE MORT LAW FIRM, PLLC**
　　　　　　　　　　　　　　　　　　　　501 Congress Ave, Suite 150
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　Tel/Fax: (512) 865-7950

　　　　　　　　　　　　　　　　　　　　Ronald M. Daignault[*#]
　　　　　　　　　　　　　　　　　　　　Chandran B. Iyer[*]
　　　　　　　　　　　　　　　　　　　　Oded Burger[*#]
　　　　　　　　　　　　　　　　　　　　Shailendra Maheshwari[*#]
　　　　　　　　　　　　　　　　　　　　Tedd W. Van Buskirk[*#]
　　　　　　　　　　　　　　　　　　　　rdaignault@daignaultiyer.com
　　　　　　　　　　　　　　　　　　　　cbiyer@daignaultiyer.com
　　　　　　　　　　　　　　　　　　　　oburger@daignaultiyer.com
　　　　　　　　　　　　　　　　　　　　smaheswari@daignaultiyer.com
　　　　　　　　　　　　　　　　　　　　tvanbuskirk@daignaultiyer.com
　　　　　　　　　　　　　　　　　　　　**DAIGNAULT IYER LLP**
　　　　　　　　　　　　　　　　　　　　8618 Westwood Center Drive
　　　　　　　　　　　　　　　　　　　　Suite 150
　　　　　　　　　　　　　　　　　　　　Vienna, VA 22182
　　　　　　　　　　　　　　　　　　　　*Admitted pro hac vice
　　　　　　　　　　　　　　　　　　　　#Not admitted in Virginia

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**