UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BURLEY LICENSING LLC,**<br><br>Plaintiff<br><br>v.<br><br>**MICRO-STAR INTERNATIONAL CO. LTD.,**<br><br>Defendant | Case No. 6:21-cv-00862-ADA |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Stay and Notice of Settlement. After careful consideration of the Motion and all other matters properly before the Court, the Court is of the opinion that the Motion is meritorious and should be GRANTED.

**IT IS THEREFORE ORDERED** that Plaintiff's motion is **GRANTED**.

SIGNED this _____ day of _____.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE