UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BURLEY LICENSING LLC,**<br><br>Plaintiff<br><br>v.<br><br>**MICRO-STAR INTERNATIONAL CO. LTD.,**<br><br>Defendant | **Case No. 6:21-cv-00862-ADA**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)</u>**

Plaintiff, Burley Licensing LLC, and Defendant, Micro-Star International Co. Ltd., by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss all claims made against Defendant in this case, with prejudice. The parties agree that all attorneys' fees, costs of court and expenses shall be borne by the incurring party. Accordingly, the parties respectfully request that the Court enter the proposed order submitted herewith.

Dated:  October 17, 2022             Respectfully submitted,

/s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Avenue, Suite 2000
Austin, TX 78701
Telephone: (512) 865-7950

*Attorney for Burley Licensing LLC*


/s/ Bijal V. Vakil
Bijal V. Vakil (CA Bar No. 192878) (admitted to Western District of Texas)
bijal.vakil@allenovery.com
**ALLEN & OVERY LLP**
550 High Street, Second Floor
Palo Alto, CA 94301
Telephone: (650) 388-1703

*Attorneys for Defendant Micro-Star International Co. Ltd.*